E. BRYAN WILSON
Acting United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER ANDRE MEEKS,<br>a/k/a "Thugga,"<br><br>　　　　　Defendant. | No.  3:21-cr-00033-JMK-DMS<br><br>COUNT 1:<br>ATTEMPTED POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE<br>　Vio. of 21 U.S.C. § 846, 841(a)(1), (b)(1)(A) and (b)(1)(B)<br><br>ENHANCED STATUTORY PENALTIES ALLEGATION:<br>　21 U.S.C. § 841(b)(1)(A) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about January 15, 2020, within the District of Alaska, the defendant,

CHRISTOPHER ANDRE MEEKS, a/k/a "Thugga," did knowingly and intentionally

attempt to possess with intent to distribute controlled substances, to wit: 500 grams or more of a mixture and substance containing methamphetamine, and 100 grams or more of a mixture and substance containing heroin.

All of which is in violation of 21 U.S.C. § 846, 841(a)(1), (b)(1)(A) and (b)(1)(B).

ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, CHRISTOPHER ANDRE MEEKS, a/k/a "Thugga,", committed the offense charged in Count 1 he had a final conviction for a serious drug felony, Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841, for which he served more than 12 months of imprisonment and for which his release from any term of imprisonment was within 15 years of the commencement of the offenses charged in Count 1.

All pursuant to 21 U.S.C. § 841(b)(1)(A).

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kelly Cavanaugh
KELLY CAVANAUGH
Assistant U.S. Attorney
United States of America

s/ E. Bryan Wilson
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE:     March 16, 2021